IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-cr-416-WKW |
| | ) | [WO] |
| KEMOND FORTSON | ) | |

**ORDER**

On March 13, 2020, the President of the United States declared a national emergency in response to the Coronavirus Disease 2019 ("COVID-19") pandemic. General Orders have been entered in response to the outbreak of Coronavirus Disease of 2019 (COVID-19) within the Middle District of Alabama, and the rapidly evolving threat to health and safety posed by the outbreak. *See, e.g.*, Order, *In re: Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus*, 2:20-mc-3910-ECM (M.D. Ala. March 17, 2020), ECF No. 2. These General Orders have acknowledged the unprecedented nature of the Public Health Emergency caused by COVID-19. That emergency continues in Montgomery County, which the Alabama Department of Public Health currently classifies as a "very high risk" county due to the extent of the county's COVID-19 problems. *See* Ala. Dep't of Pub. Health, *Alabama's Covid-19 Risk Indicator Dashboard*,

https://alpublichealth.maps.arcgis.com/apps/opsdashboard/index.html#/b585b67ef

4074bb2b4443975bf14f77d (last visited, August 4, 2020). In order to protect jurors' safety and the safety of all trial participants with whom they may come into contact, it is ORDERED that the jurors in this case shall be partially sequestered and shall be kept in the custody of the United States Marshals Service during the hours that the trial is in session or as otherwise directed by the court.

It is further ORDERED as follows:

(1) The United States Marshals Service shall make arrangements and provide for adequate security for the jury in accordance with the United States Marshals Service Directives.

(2) The assigned United States Marshals Service personnel shall make certain that no member of the jury has any unauthorized in-person contact with any outside person during the hours that the trial is in session.

(3) The Clerk of the Court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all jurors during the hours that the trial is in session until the conclusion of the trial.

DONE this 5th day of August, 2020.

                                                /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE